**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE :
DAVID S. & MINDY G. SCHUSTER : Chapter 13 Case No. 10-01175
Debtors : Hearing Date: 01/14/11*

**TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE AND
NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT**

Comes now Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter and respectfully moves this Court to dismiss the above-captioned matter with Prejudice pursuant to 11 U.S.C. §1307, §105 and §349, based on the following grounds:

1. The debtors have failed to file complete and accurate schedules by failing to schedule all liabilities including contingent liabilities in regard to Gabriel Systems and contingent claim in the approximate amount of $20,000.00 arising out of lost wages/employment.

WHEREFORE, the Trustee moves for dismissal with Prejudice to the re-filing of a case within 180 days of an Order of Dismissal, pursuant to 11 U.S.C. §1307, §105 and §349.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

**NOTICE OF OPPORTUNITY AND DEADLINE TO OBJECT TO MOTION TO DISMISS WITH PREJUDICE**

***UNLESS OTHERWISE NOTED**, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT **9:30 A.M. ON JANUARY 14, 2011**

***PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C.

20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

***IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.** The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the Trustee.

Dated: December 21, 2010

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623
(202)362-8500

**CERTIFICATE OF SERVICE UNDER LBR 5005-1(h)**

I hereby certify that on December 21, 2010, a copy of the foregoing Trustee's Motion and Notice of Opportunity to Object, was mailed, postage prepaid, to:

David S. & Mindy G. Schuster
1335 Holly Street NW
Washington, DC 20012

R. Manny Montero
1738 Elton Road #105
Silver Spring, MD 20903

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas