**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **David S. Schuster** | : | **CASE NO. 10-01175** |
| **and** | : | **CHAPTER 13** |
| **Mindy G. Schuster** | : | |
| | : | |
| **Debtors** | : | |
| | : | |

**APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR DEBTORS' COUNSEL**

The undersigned, as attorney for the Debtors herein, makes the following statements pursuant to 11 U.S.C., Section 329:

1. The undersigned is competent to handle the representation of the Debtor in the within proceeding.

2. The total fees and expenses to be charged in this matter (not including filing fees) is $10,342.30, of which $1,500.00 has been paid, leaving a balance of $8,842.30 due.

3. The source of the compensation so paid or promised is the debtor.

4. The undersigned has not shared or agreed to share such compensation with any person, other than members or regular associates of the undersigned's law firm.

5. The legal services rendered and to be rendered for the debtor in this case include the following: Examining the debtor's financial situation and rendering advice thereon; preparing and filing the initial Chapter 13 petition and plan; preparing and filing three amended plans; and representing the debtors at the Meeting of Creditors and two contested confirmation Hearings, in which evidentiary hearings took place. *See* Exhibit A – Itemized Time Entry Sheet, attached hereto.

6. Wherefore the undersigned counsel respectfully applies for the approval of the Court of the compensation described above this application and requests that the unpaid balance of such compensation be distributed to counsel by the Chapter 13 Trustee out of the funds deposited with the Trustee by the Debtor(s).

Respectfully submitted,

**Montero Law Group, LLC**

/s/ *R. Manny Montero*

R. Manny Montero, Esq., No. MD14911
1738 Elton Road, Suite 105
Silver Spring, MD 20903
301-588-8100
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28 June 2011, a copy of the foregoing Application for Allowance of Attorney Fees has been served via ECF to:

Cynthia Niklas, 4545 42nd Street, NW, #211, Washington, DC 20016-4623

Same has been sent via regular mail, postage paid to Debtors and those creditors/parties-in-interest listed on the current creditor mailing matrix.

/s/ *R. Manny Montero*
R. Manny Montero, Esq.,